IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PAMELA LYLES DRUMMOND, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:15-cv-00728-SWW |
| | * | |
| | * | |
| ROCK REGION METRO/CATA, | * | |
| | * | |
| Defendant. | * | |

ORDER

By Order entered December 1, 2015 [doc.#4], the Court denied plaintiff Pamela Lyles Drummond's motion [doc.#1] for leave to proceed *in forma pauperis* and gave her 14 days from the date of entry of the Order in which to pay the filing fee of $400.00. The Court informed plaintiff that failure to pay the filing fee would result in the dismissal without prejudice of this action.

Plaintiff has not paid the $400.00 filing fee and the time for doing so has passed. Accordingly, the Court hereby dismisses this action without prejudice. The Court will enter judgment accordingly.

IT IS SO ORDERED this 29th day of December 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE