IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAMELA LYLES DRUMMOND,　　　＊
　　　　　　　　　　　　　　　　＊
　　　　　　Plaintiff,　　　　　＊
vs.　　　　　　　　　　　　　　＊　　No. 4:15-cv-00728-SWW
　　　　　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　＊
ROCK REGION METRO/CATA,　　　　＊
　　　　　　　　　　　　　　　　＊
　　　　　　Defendant.　　　　　＊

## JUDGMENT

Consistent with the Order that was entered on this day, it is Considered, Ordered, and Adjudged that this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 29th day of December 2015.

　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE